# United States Court of Appeals
# for the Federal Circuit

_____

November 17, 2016

**ERRATUM**

_____

Appeal No. 2015-1242

**CLICK-TO-CALL TECHNOLOGIES, LP,**
*Appellant*

**v.**

**ORACLE CORPORATION, ORACLE OTC
SUBSIDIARY, LLC, INGENIO, INC.,
YELLOWPAGES.COM, LLC,**
*Appellees*

Decided: November 17, 2016
Nonprecedential Opinion

_____

Please make the following change:

On page 8, line 15, of the concurring opinion of Judge Taranto, replace "§ 315(d)" with "§ 315(b)."